## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY DEE HAYES** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL NO.: 1:14cv154-HSO-RHW** |
| | § | |
| **HUBERT DAVIS, BRENDA SIMS,** | § | **DEFENDANTS** |
| **CHIQUITA BROWN, MICHELLE** | § | |
| **MORRIS, MARK DAVIS, JOY ROSS,** | § | |
| **and CODY WAITES** | § | |

### FINAL JUDGMENT

This matter is before the Court upon the Proposed Findings of Fact and

Recommendations of United States Magistrate Judge Robert H. Walker entered on

August 27, 2014 [28].  The Court, having adopted said Proposed Findings of Fact

and Recommendations as the finding of this Court by Order entered this date, finds

that this matter should be dismissed.

   **IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Terry

Dee Hayes has failed to prosecute the Complaint [1] filed pursuant to 42 U.S.C. §

1983 and this civil action is **DISMISSED WITHOUT PREJUDICE**.

   **SO ORDERED AND ADJUDGED**, this the 1st day of October, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE